**DISMISS; and Opinion Filed July 12, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00739-CV**

**IN RE BABAK TAHERZADEH, Relator**

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-12037-J**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Babak Taherzadeh has filed an original application for writ of habeas corpus in this Court complaining that the order placing him on deferred adjudication in his criminal case is invalid for a number of reasons. We do not have jurisdiction to consider an original application for writ of habeas corpus filed in a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam).

Accordingly, we dismiss the appeal for want of jurisdiction.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

190739F.P05